No. 17,062.

FREEMAN ET AL. *v.* THE PEOPLE.
(260 P. [2d] 603)

Decided August 3, 1953. Rehearing denied August 17, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Stone and Mr. Justice Holland, not participating.

Mr. BRUCE OWNBEY, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, deputy, Mr. NORMAN H. COMSTOCK, Assistant, for the people.